UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| RICKY E. LANE, JR., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:17-CV-2663 SPM |
| | ) | |
| JAY CASSADY, | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on petitioner's application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has failed to either pay the $5 filing fee or file a motion for leave to proceed in forma pauperis. The Court will allow petitioner twenty-eight (28) days to pay the filing fee or file his motion to proceed in forma pauperis or else this matter will be dismissed, without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to send petitioner a form motion for leave to proceed in forma pauperis.

**IT IS FURTHER ORDERED** that, no later than twenty-eight (28) days from the date of this Memorandum and Order, petitioner must either pay the $5 filing fee or file a motion for leave to proceed in forma pauperis.

**IT IS FURTHER ORDERED** that if petitioner fails to comply with this Order, the Court may dismiss this action without further proceedings.

_____
SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE

Dated this 3rd day of November, 2017.